# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 0 9 2026

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

               24-cr-375 JB

SHERYL WILLIAMS STAPLETON and
JOSEPH JOHNSON,

        Defendants.

## ~~AMENDED~~ SCHEDULING ORDER

| | |
|---|---|
| 05/22/2026 | Defense Expert Witness Notices and Reports, Subject to 10-day Joinder Agreement |
| 06/03/2026 | Objections to Expert Witness Notices |
| 06/15/2026 | Responses to Objections to Expert Witness Disclosures |
| 06/19/2026 | Fed. R. Crim. P. 12 pretrial motions. |
| 06/25/2026 | Daubert motions, subject to the 10-day joinder agreement; Motions in Limine and Fed. R. Evid 404(b) Motions. |
| 07/02/2026 | Disclosure of exhibit and witness lists; Production of all Brady/Giglio/Kyles material not previously disclosed.<br><br>Responses to Daubert motions, Fed. R. Crim. P. 12 pretrial motions, Motions in Limine and Fed. R. Evid 404(b) Motions. |
| 07/09/2026 | Objections to Exhibit and Witness Lists.<br><br>Jury Instructions, Proposed Voir Dire, and Stipulations. |
| 07/16/2026 | Objections to Jury Instructions and Proposed Voir Dire; Stipulations. |
| 07/20/2026 | Exhibit Binders delivered to the Court |
| 07/21/2026 | Pre-Trial Conference at 9:00 a.m. |
| 07/27/2026 | Jencks Act disclosures |

1



| 08/03/2026 to 08/14/2026 | Jury Selection/Trial at 9:00 a.m., Federal Courthouse, 460 Vermejo Courtroom, Albuquerque, New Mexico |
| --- | --- |

_____
**THE HONORABLE JAMES O. BROWNING**
United States District Judge

Submitted by:

_Electronic signature on 4/7/2026_
**NICOLE W. MOSS**
The Law Office of Nicole W. Moss
_Attorney for Defendant Joseph Johnson_

_Electronic approval on 4/7/2026_
**RYAN J VILLA**
_Attorney for Defendant Sheryl Stapleton_

_Electronic approval on 4/7/2026_
**FREDERICK MENDENHALL, AUSA**
United States Attorney's Office