**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                             No. CR 24-0375 JB

SHERYL STAPLETON and
JOSEPH JOHNSON,

       Defendants.

**<u>ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' JOINT OPPOSED MOTION FOR SPECIAL JURY QUESTIONNAIRE
AND ENLARGED JURY PANEL</u>**

THIS MATTER IS BEFORE THE COURT on the Defendants' *Joint Opposed Motion for Special Jury Questionnaire and Enlarged Jury Panel* [Doc. 92]. The Court has considered the United States' Response to Defendants' Motion [Doc. 95], and heard argument of the parties on April 16, 2026, and being fully advised in the premises grants in part and denies in part the Motion.

**IT IS ORDERED** that an enlarged jury pool shall be summoned sufficient to ensure approximately 120 jurors appearance for jury selection on August 3, 2026.

**IT IS FURTHER ORDERED** that a special jury questionnaire (SJQ) shall be administered as proposed by Defendant Stapleton except for the modifications made by the Court in its oral ruling on April 16, 2026. The modifications shall be reflected in the SJQ that is approved by all parties and finalized by the jury division.

**IT IS FURTHER ORDERED** that the SJQ shall be submitted to the Court with the final cover letter approved by the jury division by May 8, 2026. The SJQ shall be mailed to the jury venire on June 1, 2026. The SJQ shall be returned to the Jury Division by June 19, 2026. The parties shall be provided with the SJQ and court's questionnaire by July 6, 2026. Agreed and

- 2 -

disputed for cause challenges shall be submitted in writing by July 20, 2026. The Court will rule on disputed for cause challenges by July 27, 2026. Jury selection will commence on August 3, 2026.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ *Ryan J. Villa*
RYAN J. VILLA
Counsel for Defendant Sheryl Stapleton

Approved:

/s/ *Nicole Moss*
NICOLE MOSS
Counsel for Defendant Joseph Johnson


/s/ *Fred Federici*
FRED FEDERICI
Assistant United States Attorney