# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | CR 24-0375 JB | UNITED STATES vs. STAPLETON, et al | |
| Hearing Date: | Thursday, July 2, 2026 | Time In and Out: | 9:34-9:39 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Sheryl Williams Stapleton, Joseph Johnson | Defendant's Counsel: | Ahmad Assed, Marshall J Ray |
| AUSA: | Fred Federici III | Pretrial/Probation: | |
| Interpreter: | | Witness: | |

## Proceedings

| | |
|---|---|
| ☐ | First Appearance by Defendant |
| ☐ | Defendant waived appearance at Arraignment |
| ☒ | Defendants received a copy of charging document |
| ☒ | Defendants questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendants waive reading of Superseding Indictment |
| ☒ | Defendants enter a Not Guilty plea |
| ☐ | Motions due by: |

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Parties agree Standing Discovery Order to be electronically entered | ☒ | Discovery Order previously entered | ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |

| | | | |
|---|---|---|---|
| ☒ | Case assigned to: Judge Browning | | |
| ☐ | Trial will be scheduled by presiding judge | ☒ | Trial currently set |
| ☐ | Defendant waives right to contest detention | | |
| ☐ | | | |

## Custody Status

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release previously imposed remain in effect | |

## Other

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |