**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**          **No. 24-CR-00375-JB**

**JOSEPH JOHNSON,**

    **Defendant.**

## <u>DEFENDANT JOSEPH JOHNSON'S WITNESS LIST</u>

Defendant Joseph Johnson, by and through undersigned counsel, Nicole W. Moss and Marshall J. Ray, hereby provides notice of his intent to call the following witnesses in any trial or hearing in this matter:

Tracie Smith

LaSonya Olden

Randolph ("Randy") Williams

Sharon Dogruel

Napoleon Darnell Smith

Any witness identified by the Government

Any witness identified by the co-defendant

Any witness needed for authentication of records or foundation purposes

Any witness needed for impeachment purposes

      Respectfully submitted,

      /s/ *Nicole W. Moss*
      Nicole W. Moss
      514 Marble Ave NW
      Albuquerque, NM 87102
      (505) 244-0950

      /s/ *Marshall J. Rau*

Marshall J. Ray
514 Marble Ave NW
Albuquerque, NM 87102
(505) 312-7598

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the day of July, 2026, I filed the foregoing pleading via CM-ECF Ex Parte.

/s/ *Nicole W. Moss*
Nicole W. Moss