UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cr. No. 24-CR-000375 JB |
| vs. | ) | |
| | ) | |
| SHERYL WILLIAMS STAPLETON and | ) | |
| JOSEPH JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES' WITNESS LIST

The United States respectfully notifies the Court and counsel of its witness list for the

trial of this matter. It does not waive its right to supplement this list.

1. Apodaca, Rennette

2. Atencio, Michelle

3. Balint, Robert

4. Buhl, Greg

5. Boyle, Amanda

6. Chavez, Crystal

7. Cherie, Randall

8. Crants, Doctor

9. Dogruel, Sharon

10. Ennis, Sandra

11. Gillespie, Lanthia

12. Gonzales, Donald

13. Haney, Nick

14. Hyliger, Diana (Bookhart)

15. Howard, Jack

16. Jaramillo, Aaron

17. Jasky, Michelle

18. Lawton, Michael

19. Manzanares, Abigail

20. Marcott, Gloria

21. Melendres, Arthur

22. Milazzo, Amelia

23. Nixon, Grant

24. Olden, LaSonya

25. Perea, Amanda

26. Vivian Quintana

27. Sabel, Gary

28. Sena, Mark

29. Simenson, Rebecca

30. Smith, N.D.

31. Tamayo, Luis

32. Trujillo, Aaron

33. Trujillo, Jacob

34. Valdez, Unna

35. Waters, Zerri

36. Williams, Randolph

37. Representative from NM Secretary of State

38. Representative from NM Legislative Council and/or Capital Outlay Office

39. Various Custodians of Records associated with records identified on the United States'

Exhibit List.[1]

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

RYAN ELLISON
First Assistant U.S. Attorney
District of New Mexico

*/s/ Filed Electronically*
FREDERICK T. MENDENHALL
FRED J. FEDERICI
Assistant U.S. Attorneys
201 Third Street, Ste. 900
Albuquerque, NM 87103
(505) 346-7274]

I HEREBY CERTIFY that on July 2, 2026,
I filed the foregoing electronically through
the CM/ECF system, which caused all counsel
of record to be served by electronic means,
as more fully reflected on the Notice of
Electronic Filing.

*/s/ Filed Electronically*
FRED J. FEDERICI
Assistant U.S. Attorney

---

[1] After the exchange of witness and exhibit lists, counsel for the United States intend to confer with defense counsel to determine whether the defendants are willing to stipulate or agree to the admission of any records.

3