UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cr. No. 24-CR-0375-JB |
| vs. | ) |
| | ) |
| SHERYL WILLIAMS STAPLETON, | ) |
| and JOSEPH JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES' EXHIBIT LIST

The United States respectfully notifies the Court and counsel of its Exhibit List for trial of

this matter.  It does not waive its right to supplement this list.

| Presiding Judge:<br>James O. Browning<br>U.S. District Judge | | Plaintiff's Counsel:<br>Frederick T. Mendenhall and<br>Fred Federici | | | Counsel for Stapleton:<br>Ahmad Assed & Ryan Villa<br><br>Counsel for Stapleton:<br>Nicole Moss and Marshall Ray | |
|---|---|---|---|---|---|---|
| Trial Date:<br>August 3, 2026 | | Court Reporter: | | | Courtroom Deputy/Law Clerk:<br>Crystal Padilla | |
| Plf.<br>No. | Def.<br>Ltr. | Objection | Admitted | Date<br>Offered | Witness | Description of Exhibit |
| 1 | | | | | | 2013-2021 Robotics to APS Invoices sequential<br>Bates RMLS various and CPBU019767 |
| 2 | | | | | | 2014-2018 APS purchase orders for Robotics sequential<br>Bates RMLS various |
| 3 | | | | | | 2019-2021 APS purchase orders for Robotics sequential<br>Bates APS00000573-77, 520, 534<br>RMLS001047 |
| 4 | | | | | | SWS Employee accountability agreement 8.22.2018 & 11.03.2017<br>Bates SW000135-140 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 5 | | | | | | Cyberquest PowerPoint Bates HB00015-25 |
| 6 | | | | | | Sole Source Justification and accompanying docs 10.19.2016 Bates RMLS000003-07 |
| 7 | | | | | | Sole Source Justification 12.4.2017 and accompanying docs Bates RMLS000039-42 |
| 8 | | | | | | Joe Johnson Conflict of interest form 12.04.2017 Bates RMLS000045 |
| 9 | | | | | | Joe Johnson conflict of interest form 10.21.2018 Bates RMLS000107 |
| 10 | | | | | | SWS and Rennette Apodaca email chain 12.11.2018 Bates TT000119-21 |
| 11 | | | | | | APS Request for Proposal 12.14.2018 Bates RFP000333-352 |
| 12 | | | | | | Request For Production Robotics submission Bates RFP000369-435 |
| 13 | | | | | | APS RFP submittal log 1.24.2019 Bates RFP000326-27 |
| 14 | | | | | | APS follow up Robotics RFP questions Bates RFP000323 |
| 15 | | | | | | Robotics follow-up response 3.12.2019 Bates APS000182-188 |
| 16 | | | | | | Robotics Best and final offer Bates RFP000318-321 |
| 17 | | | | | | Aaron Jaramillo RFP evaluation sheet Bates RFP000282-88 |
| 18 | | | | | | APS-Robotics Agreement #15278 Bates RFP000298-317 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 19 | | | | | | Joe Johnson to Rebecca Simenson 6.4.2019 email, signature page Bates ROB_0012267-68 |
| 20 | | | | | | APS-Robotics amendment to Agreement #15278 4.12.2020 Bates RMLS000950 |
| 21 | | | | | | SWS and Rennette Apodaca email chain Bates TT000179-81 |
| 22 | | | | | | Professional Services Agreement 5.20.2021 Bates RMLS000748-51 |
| 23 | | | | | | APS-Robotics Amendment to Agreement 2, #15278 Joe Johnson signed Bates RMLS000752 |
| 24 | | | | | | Reserved |
| 25 | | | | | | Rennette Apodaca & Amanda Boyle 8.6.2018 email chain Bates RMLS000457-58 |
| 26 | | | | | | Rennette Apodaca & Amanda Boyle email chain 2 8.6.2018 Bates RMLS000459-60 |
| 27 | | | | | | Joe Johnson to SWS email chain 8.30.2018 ROB_0004675-78 |
| 28 | | | | | | Amanda Boyle to Rennette Apodaca 10.16.2018 Bates RMLS000463 |
| 29 | | | | | | APS list A – CC Bates RMLS000618 |
| 30 | | | | | | APS checks to Robotics sequential 4.17.2013-5.6.2021 Bates RMLS various |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 31 | | | | | | APS payment log Robotics and Tritech Bates SPA000485-88 |
| 32 | | | | | | APS purchase order flow chart |
| 33 | | | | | | APS invoice to check flow chart |
| 34-39 | | | | | | Reserved |
| 40 | | | | | | Tritech to APS invoices Bates RMLS000227, 248, 274 TT000236, 238, 240-41 |
| 41-49 | | | | | | Reserved |
| 50 | | | | | | Robotics invoice email chain 3.12.21 with invoices Bates RMLS000605-617 |
| 51-59 | | | | | | Reserved |
| 60 | | | | | | 10.17.2020 training documents Bates CPBU019750-52 |
| 61 | | | | | | 11.7.2020 training documents Bates CPBU019753-55 |
| 62 | | | | | | 11.21.2020 training documents Bates CPBU019756 |
| 63 | | | | | | 12.05.2020 training documents Bates CPBU019759-61 |
| 64 | | | | | | 12.12.2020 training documents Bates CPBU019762-64 |
| 65 | | | | | | 2021 training documents Bates CPBU019863-82 |
| 66-99 | | | | | | Reserved |
| 100 | | | | | | SWS ethics financial disclosure statements 2013-2021 sequential Bates SOS_00001-33 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 101 | | | | | | Charlie Morrissey Scholarship Committee Secretary of State documents Bates SOS_00034-52 |
| 102 | | | | | | The Ujima Foundation Secretary of State Documents Bates SOS 105-140 |
| 103 | | | | | | Robotics Management Learning System Secretary of State Documents Bates SOS 88-94 |
| 104 | | | | | | Robotics Management Learning Systems corporation documents Bates Public Records 0005-9 |
| 105-09 | | | | | | Reserved |
| 110 | | | | | | House Bill 479 2006 session Bates Public Records 00033 |
| 111 | | | | | | House Bill 91 2019 Session Bates Public Records 00088-91 |
| 112 | | | | | | Capital Outlay Request First Session 2019 SWS Bates Public Records_00098-104 |
| 113 | | | | | | Senate Bill 280 Capital Outlay 2019 Bates Public Records 297-98, 330-31, 337 |
| 114 | | | | | | Regulations and policies 2 C.F.R. § 200.318 New Mexico Governmental Conduct Act NM Stat. Ann. § 10-16-3 APS employee code of conduct conflict of interest New Mexico Financial Disclosure Act NM Stat. Ann. § 10-16A-3 |
| 115-119 | | | | | | reserved |
| 120 | | | | | | Randy Williams to Joe Johnson w invoice Bates Tritech00007674-79 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 121 | | | | | | 12.18.2019 Randy Williams to Joe Johnson w invoice and request for payment<br>Bates Tritech00001589-90 |
| 122 | | | | | | February 2020 email with Tritech invoice<br>Bates Tritech00001591-93 |
| 123 | | | | | | June 2020 email with Tritech invoice<br>Bates Tritech 1581-1583 |
| 124 | | | | | | 10.20.2020 Randy Williams to Joe Johnson Tritech payment email<br>Bates Tritech00001169 |
| 125 | | | | | | Tritech letter to Robotics<br>05.15.2005<br>ROB_0002545 |
| 126-29 | | | | | | Reserved |
| 130 | | | | | | Carl Perkins 2014-2015<br>Bates NMPED_0001-8 |
| 131 | | | | | | Carl Perkins 2015-2016<br>Bates NMPED_394-399 |
| 132 | | | | | | 1.6.2016 letter to the superintendent re Carl Perkins<br>Bates CPPA001418-19 |
| 133 | | | | | | Carl Perkins 2016-2017<br>Bates IRS 000901-903 |
| 134 | | | | | | Carl Perkins 2018-2019<br>Bates NMPED_0001391-95 |
| 135 | | | | | | Carl Perkins 2019-2020<br>Bates NMPED_0001622-28 |
| 136-199 | | | | | | Reserved |
| 200 | | | | | | 2013-2021 APS to Robotics Checks sequential<br>Bates Bank of America various |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 201 | | | | | | May 2012 - November 2021 Robotics Bank of America Statements for accounts ending in 7636, 3161, 6563, 7127 Sequential<br>Bates Bank of America various |
| 202 | | | | | | 2013 checks written from Robotics 7636 sequential<br>Bates Bank of America Various |
| 203 | | | | | | 2014 checks written from Robotics 7636 sequential<br>Bates Bank of America Various |
| 204 | | | | | | 2015 checks written from Robotics 7636 sequential<br>Bates Bank of America Various |
| 205 | | | | | | 2016 checks written from Robotics 7636 sequential<br>Bates Bank of America Various |
| 206 | | | | | | 2017 checks written from Robotics 7636 sequential<br>Bates Bank of America Various |
| 207 | | | | | | 2018 checks written from Robotics 7636 sequential<br>Bates Bank of America Various |
| 208 | | | | | | 2019 checks written from Robotics 7636 sequential<br>Bates Bank of America Various |
| 209 | | | | | | 2020 checks written from Robotics 7636 sequential<br>Bates Bank of America Various |
| 210 | | | | | | 2021 checks written from Robotics 7636 sequential<br>Bates Bank of America Various |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 211 | | | | | | 2013-2021 checks from Robotics 7636 to Stapleton, Stapleton controlled entities, or for Stapleton benefit, sequential<br>Bates Bank of America various |
| 211 A | | | | | | Tierra Contenta Documentation<br>Bates Tierra Content 0001-0009 |
| 211 B | | | | | | Robotics checks 7636 to Joslyn Liburd sequential<br>Bates Bank of America 00006118, 4009, 4257, 5501, 2947 |
| 212 | | | | | | Robotics checks 7636 to Tritech sequential<br>Bates Bank of America 00006348, 6848, 6079, 2909, 2925, 2977, 2991, 16293, 16367, 920 |
| 213 | | | | | | Ujima Foundation/Charlie Morrissey Check to Robotics Management, 11.08.2016<br>Bates Bank of America 00009670 |
| 214 | | | | | | Joeseph and Sharon Johnson checks to Joe Johnson 11.10.2016<br>Bates Bank of America 9790-91, 9744-95 |
| 215 | | | | | | SDLI business loan check to Joe Johnson<br>Bates WF_002764-65 |
| 216 | | | | | | Joeseph and Sharon Johnson check to Robotics Management<br>Bates Bank of America_00009268-69 |
| 217-219 | | | | | | Reserved |
| 220 | | | | | | April 2013-July 2021 S Williams and Associates account 0857 sequential<br>Bates Bank of America various |
| 221-29 | | | | | | Reserved |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 230 | | | | | | April 2013-June 2020 Ujima Foundation/Charlie Morrissey account 7924 sequential<br>Bates Bank of America various |
| 231 | | | | | | October 2015-July 2021 Ujima Foundation/Charlie Morrissey account 3753 sequential<br>Bates Bank of America various |
| 232-39 | | | | | | Reserved |
| 240 | | | | | | October 2015 – July 2021 Taste of the Caribbean account 3753 sequential<br>Bates Bank of America various |
| 241-49 | | | | | | Reserved |
| 250 | | | | | | June 2014 – July 2021 Nusenda Cash Deposits SWS, 6430-2, 2300-2 sequential<br>Nusenda Various |
| 251 | | | | | | Summary table June 2014-July 2021 Nusenda Cash deposits SWS, 6430-2, 2300-2 |
| 252 | | | | | | Summary table, June 2014-July 2021, Ujima 7924/3724 cash withdrawals, Nusenda 6430-2/2300-2 cash deposits |
| 253-259 | | | | | | Reserved |
| 260 | | | | | | Pie chart RMLS deposits 7636 April 1, 2013 – July 31, 2021 |
| 261 | | | | | | Pie Chart RMLS withdrawals 7636 April 1, 2013 – July 31, 2021 |
| 262 | | | | | | Pie Chart RMLS Joe Johnson withdrawals 7636 April 1, 2013 – July 31, 2021 |
| 263 | | | | | | Pie Chart S Williams and Associates deposits 0857 April 1, 2013 – July 31, 2021 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 264 | | | | | | Pie Chart S Williams and Associates withdrawals 0857 April 1, 2013 – July 31, 2021 |
| 265 | | | | | | Pie Chart Ujima accounts 7924 and 3724 deposits April 1, 2013 – July 31, 2013 |
| 266 | | | | | | Pie Chart Ujima accounts 7924 and 3724 withdrawals April 1, 2013 – July 31, 2013 |
| 267 | | | | | | Pie Chart Taste of the Caribbean 3753 deposits October 23, 2015 – December 31, 2020 |
| 268 | | | | | | Pie Chart Taste of the Caribbean 3753 withdrawals October 23, 2015 – December 31, 2020 |
| 269 | | | | | | Line Graph Robotics 7636 ending balances with and without SWS withdrawals |
| 270-274 | | | | | | Reserved |
| 275 | | | | | | Cliver Rivers Documentation Bates Clive Rivers 03-10 |
| 276 | | | | | | Fort Totten Documentation Bates JBG Smith 00001-186 |
| 277 | | | | | | Ujima checks Bank of America 00016586-94 |
| 278 | | | | | | Prince George County documentation PGM 0001, 0005-7, 0013-14, 0016-19 |
| 279-284 | | | | | | Reserved |
| 285 | | | | | | Robotics 7636, 7127, 3161, 6563 signature cards Bates Bank of America 0001530-31, 1434, 1524-25, 964 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 286 | | | | | | Ujima Foundation/Charlie Morrissey signature cards 7924, 3724 Bates Bank of America 1548-49, 1435-36 |
| 287 | | | | | | Taste of the Caribbean signature card 3753 Bates Bank of America 1460-61 |
| 288 | | | | | | S Williams and Associates Signature card 0857 Bates Bank of America 00016135 |
| 289 | | | | | | Nusenda 6430 & 2300 signature cards |
| 290-99 | | | | | | reserved |
| 300 | | | | | | SWS to JJ 4.12.2018 w attachment Bates ROB_0002560-2562 |
| 301 | | | | | | JJ to SWS 4.12.2018 w attachment Bates ROB_0011207-209 |
| 302 | | | | | | SWS to JJ 5.2.2018 w attachment Bates ROB_0002563-2564 |
| 303 | | | | | | JJ to SWS 5.2.2018 w attachment Bates ROB_0004495-96 |
| 304 | | | | | | SWS to JJ 5.28.2018 w attachment Bates ROB_0002609-2610 |
| 305 | | | | | | SWS to JJ 5.28.2018 w attachment Bates ROB_0002607-08 |
| 306 | | | | | | SWS to JJ 5.28.2018 Bates ROB_0001213 |
| 307 | | | | | | SWS to JJ 5.29.2018 Bates ROB_0001204 |
| 308 | | | | | | SWS to JJ 11.24.2019 w attachment Bates ROB_0004015-16 |
| 309 | | | | | | SWS to JJ 2.15.2020 w attachments Bates ROB_0004064-4066 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 310 | | | | | | SWS to JJ 2.15.2020 w attachment Bates ROB_0004067-68 |
| 311 | | | | | | SWS to JJ 2.15.2020 w attachment Bates ROB_0004069-70 |
| 312 | | | | | | SWS to JJ 2.15.2020 w attachment Bates ROB_0004071-72 |
| 313 | | | | | | SWS to JJ 2.17.2020 w attachments Bates ROB_0004073-78 |
| 314 | | | | | | JJ to AM 2.18.2020 w attachments Bates ROB_0012304-09 |
| 315 | | | | | | SWS to JJ 3.31.2020 w attachment Bates ROB_0004116-17 |
| 316 | | | | | | JJ to AM 3.31.2020 w attachment Bates ROB_0012310-11 |
| 317 | | | | | | SWS to JJ 4.3.2020 w attachment Bates ROB_0004121-22 |
| 318 | | | | | | JJ to AM 04.04.2020 w attachment Bates ROB_0012312-13 |
| 319 | | | | | | SWS to JJ 04.07.2020 w attachment Bates ROB_0004123-24 |
| 320 | | | | | | JJ to AM 04.07.2020 w attachment Bates ROB_0005221-22 |
| 321 | | | | | | SWS to JJ 05.22.2020 w attachment Bates ROB_0004174-75 |
| 322 | | | | | | SWS to JJ 05.22.2020 w attachment Bates ROB_0004172-73 |
| 323 | | | | | | JJ to AM 05.27.2020 w attachment Bates ROB_0012327-28 |
| 324 | | | | | | SWS to JJ 04.13.2020 w attachment Bates ROB_0004125-26 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 325 | | | | | | JJ to MA 04.14.2020 w attachment Bates ROB_0005225-26 |
| 326 | | | | | | SWS to JJ 05.01.2020 w attachment Bates ROB_0004157-58 |
| 327 | | | | | | SWS to JJ 05.02.2020 w attachment Bates ROB_0004161-62 |
| 328 | | | | | | JJ to AM 05.03.2020 w attachment Bates ROB_0012323-24 |
| 329 | | | | | | SWS to JJ 05.04.2020 w attachment Bates ROB_0004163-64 |
| 330 | | | | | | JJ to SWS w attachment Bates ROB_0005233-24 |
| 331 | | | | | | JJ to SWS 05.05.2020 w attachment Bates ROB_0005235-36 |
| 332 | | | | | | SWS to JJ 05.05.2020 w attachment Bates ROB_0004165-66 |
| 333 | | | | | | SWS to JJ to 06.11.2020 Bates ROB_0004178-80 w attachments |
| 334 | | | | | | JJ to AM 11.19.2020 w attachments Bates ROB_0005259-71 |
| 335 | | | | | | JJ to SWS 11.19.2020 w attachments Bates ROB_0005273-86 |
| 336 | | | | | | SWS to JJ 1.28.2021 w attachment Bates ROB_0004219-20 |
| 337 | | | | | | JJ to AM 01.28.2021 w attachment Bates ROB_12394-95 |
| 338 | | | | | | SWS to JJ 03.14.2021 w attachments Bates ROB_ 0004325-30 |
| 339 | | | | | | JJ to AM w attachments 3.15.2021 Bates ROB_0012402-07 |

13

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 340 | | | | | | SWS to JJ 3.17.2021 w attachment Bates ROB_0004331-32 |
| 341 | | | | | | JJ to AM 3.18.2021 w attachment Bates ROB_0012408-09 |
| 342 | | | | | | SWS To JJ 4.6.2021 w attachments Bates ROB_0004340-46 |
| 343 | | | | | | JJ to MA 4.7.2021 w attachments Bates ROB_0005360-66 |
| 344 | | | | | | JJ to MA 4.13.2021 w attachments Bates ROB_0005367-77 |
| 345 | | | | | | SWS to JJ 6.22.2021 w attachments Bates ROB_0004428-35 |
| 346 | | | | | | JJ to SWS 6.22.2021 Bates ROB_0005389 |
| 347 | | | | | | SWS to JJ 6.23.2021 Bates ROB_0004436-37 |
| 348 | | | | | | JJ to AM 06.23.2021 Bates ROB_0012485-91 |
| 349 | | | | | | JJ to AM 06.23.2021 Bates ROB_0012492-93 |
| 350 | | | | | | SWS to JJ 06.23.2021 Bates ROB_0004438-39 |
| 351 | | | | | | JJ to SWS 06.23.2021 Bates ROB_0005390 |
| 352 | | | | | | JJ to AM 06.23.2021 Bates ROB_0012494-95 |
| 353 | | | | | | SWS to JJ 06.24.2021 Bates ROB_0004440-46 |
| 354 | | | | | | SWS to JJ 6.24.2021 Bates ROB_0004447-50 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 355 | | | | | | JJ to AM 6.25.2021<br>Bates ROB_0005391-94 |
| 356 | | | | | | JJ to AM 6.25.2021<br>Bates ROB_0005395-401 |
| 357 | | | | | | SWS to JJ w attachment 9.12.2017<br>Bates ROB0002591-2600 |
| 358 | | | | | | JJ to UNM w attachment 09.12.2017<br>Bates ROB_0011227-36 |
| 359 | | | | | | SWS to JJ w attachment 11.19.2017<br>Bates ROB_0002586-90 |
| 360 | | | | | | JJ to SWS w attachment 11.22.2017<br>Bates ROB_0004493-94 |
| 361 | | | | | | SWS to JJ w attachment 12.3.2017<br>Bates ROB_0001125-28 |
| 362 | | | | | | SWS to JJ w attachments 12.06.17<br>Bates ROB_0002576-80 |
| 363 | | | | | | JJ to UNM accounts payable 12.15.2017<br>Bates ROB_0011215-19 |
| 364 | | | | | | SWS to JJ 2.22.2018 w attachments<br>Bates ROB_0002556-59 |
| 365 | | | | | | JJ to RP 2.22.2018 w attachments<br>Bates ROB_0011203-06 |
| 366 | | | | | | SWS to JJ 4.24.2019 w attachments<br>Bates ROB_0003236-42 |
| 367 | | | | | | JJ to SWS 4.24.2019 w attachments<br>Bates ROB_5072-78 |
| 368 | | | | | | SWS to JJ 06.30.2021 w attachments<br>Bates ROB_0004455-46 |
| 369 | | | | | | JJ to SWS 06.30.2021 w attachments<br>Bates ROB_0005406-07 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 370 | | | | | | SWS to JJ 01.05.2021 Bates ROB_0002751 |
| 371 | | | | | | SWS to JJ 03.11.2014 Bates ROB_0001993-94 |
| 372 | | | | | | JJ to PS 03.15.2019 Bates ROB_0012058 |
| 373 | | | | | | RW to JJ 12.18.2019 Bates ROB_10142-43 |
| 374 | | | | | | RW to JJ 06.26.2020 Bates ROB_0010206-08 |
| 375 | | | | | | RW to JJ 12.18.2020 Bates ROB_0010627 |
| 376 | | | | | | JJ to JJ 06.23.2015 Bates ROB_0011317-19 |
| 377 | | | | | | SWS to JJ 08.11.2018 Bates ROB_0001753 |
| 378 | | | | | | AT to JJ 11.24.2015 Bates ROB_0001738-41 |
| 379 | | | | | | JJ to SWS 12.3.2015 Bates ROB_0004603-07 |
| 380 | | | | | | AT to SWS 12.21.2015 Bates ROB_0002538-40 |
| 381 | | | | | | JJ to SWS 08.01.2011 Bates ROB_0011761-63 |
| 382 | | | | | | SWS to JJ 08.01.2011 Bates ROB_0008861 |
| 383 | | | | | | JJ to SWS 11.05.2011 Bates ROB_0008840-41 |
| 384 | | | | | | SWS to JJ 07.10.2013 Bates ROB_0008815 |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 385 | | | | | | SWS to JJ 08.23.2013<br>Bates ROB_2127-28 |
| 386 | | | | | | SWS to JJ 10.3.2018<br>Bates ROB_1586-87 |
| 387 | | | | | | JJ to SWS 10.11.2018<br>Bates ROB_0004697-99 |
| 388 | | | | | | JJ to SWS 05.18.2019<br>Bates ROB_0012240-41 |
| 389 | | | | | | JJ to SWS and JJ to SD 10.10.2020<br>Bates ROB_0005254-55 |
| 390 | | | | | | SWS to JJ 1.25.2021<br>Bates ROB_0004207-11 |
| 391 | | | | | | JJ to SWS 05.11.2021<br>Bates ROB_0005387-88 |
| 392 | | | | | | JJ to AB 05.17.2021<br>Bates ROB_0012475-76 |
| 393 | | | | | | JJ to SWS 06.30.2021<br>Bates ROB_0005408 |
| 394 | | | | | | JJ to SWS 08.05.2017<br>Bates ROB_0004535-36 |
| 395 | | | | | | JJ to SWS 09.05.2017<br>Bates ROB_0004497-99 |
| 396 | | | | | | JJ to SWS 07.25.2018<br>Bates ROB_0004660 |
| 397 | | | | | | SWS to JJ terms of endearment emails:<br>05.13.2017<br>04.22.2017<br>09.27.2016<br>11.15.2015<br>04.24.2015<br>02.14.2015<br>05.13.2013<br>Hard drive production |

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 398 | | | | | | PS to JJ 08.12.2013<br>Bates ROB_0008811 |
| 399 | | | | | | SWS to JJ 03.18.2014<br>Bates ROB_0001923-25 |
| 400 | | | | | | JJ To UNM 08.04.2017<br>Bates ROB_0011250 |
| 401 | | | | | | JJ to ML 04.30.2019<br>Bates ROB_0012186-205 |
| 402 | | | | | | ML to JJ 05.08.2019<br>Bates ROB_0009697-9715 |
| 403 | | | | | | AM to JJ and SWS 05.25.2021<br>Bates ROB_0011118-20 |
| 403-449 | | | | | | reserved |
| 450 | | | | | | BofA 05.11.2021 surveillance<br>Bates NMAGO00001097 |
| 451 | | | | | | AG surveillance at post office<br>Bates USA v. Stapleton 00002744 |
| 452 | | | | | | SW photos<br>Bates AG Search Warrants-00000095, 107, 2357, 16, 2433, 58, 110, 194, 2445, 64, 2439, 326, 2407 |
| 453 | | | | | | Blank Robotics check #1344 with signature<br>(Physical Evidence, evidence number 106480) |
| 454 | | | | | | UPS envelope with contents shown in search warrant photo AG Search Warrants-00000095<br>(Physical Evidence, Evidence number 106501) |
| 455 | | | | | | Documents scanned from SW, APS to Robotics envelopes<br>Bates AG Search Warrants 00002021-28 |

18

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 456-479 | | | | | | Reserved |
| 480 | | | | | | Joe Johnson tax returns 2013 Bates TAX_001201-1215 |
| 481 | | | | | | Joe Johnson tax returns 2014 Bates TAX_001216-35 |
| 482 | | | | | | Joe Johnson tax returns 2020 Bates TAX_000032-43 |
| 483-89 | | | | | | Reserved |
| 490 | | | | | | Ujima Foundation 990s 2014-2018 Bates TAX_000522-617 |
| 491 | | | | | | Stapleton tax returns 2015 Bates TAX_000067-83 |
| 492 | | | | | | Stapleton tax returns 2016 Bates TAX_000084-109 |
| 493 | | | | | | Stapleton tax returns 2017 Bates TAX_000110-135 |
| 494 | | | | | | Stapleton tax returns 2018 Bates TAX_0000163-218 |
| 495 | | | | | | Summary chart gross receipts comparison SWS entities and Robotics Management receipts |
| 496 | | | | | | 2015 tax documentation Moye Waters 00003683-98 |
| 497 | | | | | | 2017 tax documentation Moye Waters 00002959-3005, 3252-70 |
| 498 | | | | | | 2018 tax documentation Moye Waters 00003006-3058 |
| 499 | | | | | | 2015-2018 taste of the Caribbean documents Moye Waters 00004662-66, 00004677-90 |
| 500 | | | | | | 2015 Tax Return Stapleton Moye Waters Moye Waters 00004858-4924 |

19

| Plf. No. | Def. Ltr. | Objection | Admitted | Date Offered | Witness | Description of Exhibit |
|---|---|---|---|---|---|---|
| 501 | | | | | | 2016 Tax Return Stapleton Moye Waters Moye Waters 00004925-5007 |
| 502 | | | | | | 2017 Tax Return Stapleton Moye Waters Moye Waters 00005008-94 |
| 503 | | | | | | 2018 Tax Return Stapleton Moye Waters Moye Waters 00005095-187 |

The United States will amend this list if it identifies additional evidence that may be offered during the government's case-in-chief.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

RYAN ELLISON
First Assistant U.S. Attorney

*s/ Frederick Mendenhall*
FRED FEDERICI
FREDERICK MENDENHALL
Assistant U.S. Attorneys
201 Third Street NW, Ste. 900
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on July 2, 2026, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
Frederick T. Mendenhall
Assistant U.S. Attorney

20