**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                                                                 **No. 24-CR-00375-JB**

**JOSEPH JOHNSON,**

       **Defendant.**

**DEFENDANT JOSEPH JOHNSON'S EXHIBIT LIST**

COMES NOW, Defendant Joseph Johnson, through his counsel of record, Marshall

Ray and Nicole W. Moss, and submits his exhibit list.

1. Exhibit A (Handwritten note to Sheryl Stapleton from Pat Smith Dated June 16,

   2015 discussing checks) (previously disclosed by the United States)

2. All exhibits identified by any other party.

3. Any exhibits that may be discovered during the course of ongoing investigation

4. Any exhibits that become necessary based on review of United States' late-

   disclosed discovery.

       Respectfully submitted,

       LAW OFFICES OF MARSHALL J. RAY, LLC

       /s/ *Marshall J. Ray*
       Marshall J. Ray
       514 Marble Ave NW
       Albuquerque, NM 87102
       (505) 312-7598


       THE LAW OFFICE OF NICOLE W. MOSS L.L.C.

       /s/ *Nicole W. Moss*

1

Nicole W. Moss
514 Marble Ave NW
Albuquerque, NM 87102
(505) 244-0950

*Attorneys for Bruce Beckner*

**<u>CERTIFICATE OF SERVICE</u>**

 I hereby certify that on the 2nd day of July 2026, I filed the foregoing pleading via CM-ECF, causing all registered parties to be served.

<u>/s/ *Marshall J. Ray*</u>
Marshall J. Ray

2