**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        No. 24-cr-00375-JB

SHERYL STAPLETON,

      Defendant.

**DEFENDANT SHERYL STAPLEON'S OBJECTIONS TO THE UNITED STATES
PROPOSED JURY INSTRUCTIONS [DOC. 127]**

Defendant, Sheryl Stapleton, through counsel Ryan J. Villa and Ahmad Assed, respectfully submits her objections to the United States' Proposed Jury Instructions ("Proposed Instructions") [Doc. 127]. Ms. Stapleton's specific objections are as follows:

1.      United States Requested Instruction No. 1 and 25- Indictment: Ms. Stapleton objects to the United States Requested Instruction No. 1 because it identifies the specific factual circumstances of the allegations against her. Counsel requests the Court read a limited version of the indictment which just identifies the counts charged, not the specific nature of the factual allegations supporting each count.

2.      United States Requested Instruction No. 11.- This should be modified to a plural version since there are two defendants.

3.      United States Requested Instruction No. 14 – Statements: Ms. Stapleton objects to the extent the United States intends to use Mr. Johnson's statement to the FBI. At the *James* hearing, the government indicated it would not introduce this statement.

4.      United States Requested Instruction No. 18-Bribery: Ms. Stapleton objects to the instruction as written. The first element should not include "such as the Albuquerque Public Schools." This provides the jury the evidence to support the element. The term "or reward" should be stricken

- 1 -

- 2 -

from the Third element and "or rewarded" stricken from the Fifth element and the remainder of the instruction to comply with *US v. Snyder*, 603 U.S. 1 (2024).

5.    <u>United States Requested Instruction No. 21 –False Statement</u>- Everything after false statement in the second element should be stricken from the second element. This unfairly provides the evidence that supports this element. The third to last paragraph concerning the signature on the tax return unconstitutionally shifts the burden of proof to the defendant. It should be stricken.

**WHEREFORE,** Ms. Stapleton respectfully requests that the Court grant her objections to the United States Proposed Instructions [Doc. 127] as set forth above. She reserves the right to submit additional instructions after the evidence is closed and during the jury instruction conference.

Respectfully submitted,
The Law Office of Ryan J. Villa

By:    /s/ *Ryan J. Villa*
RYAN J. VILLA
5501 Eagle Rock Ave. NE Suite 2
Albuquerque, New Mexico 87113
Phone: (505) 639-5709
Ryan@rjvlawfirm.com

/s/ *Ahmad Assed*
AHMAD ASSED
Law Office of Ahmad Assed
818 5th Street NW
Albuquerque, nm 87102
505-246-8373
Ahmad@assedlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, the foregoing was filed electronically through the Court's E-File system, which caused all parties through counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Ryan J. Villa*
RYAN J. VILLA