**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                          No. 24-cr-0375-JB

SHERYL WILLIAMS STAPLETON,
and JOSEPH JOHNSON,

      Defendants.

**STIPULATED PROPOSED CHALLENGES FOR CAUSE**

Defendant Sheryl Stapleton, through counsel, Ahmad Assed and Ryan J. Villa, joined by

Joseph Johnson, through counsel Marshall J. Ray and Nicole W. Moss, joined by the United States

of America, through Frederick Mendenhall and Fred Federici, respectfully submits to the Court

their Stipulated Proposed Challenges for Cause as follows[1]:

1. Juror 94

2. Juror 295

3. Juror 279

4. Juror 395

5. Juror 263

6. Juror 388

7. Juror 510

8. Juror 380

9. Juror 540

10. Juror 445

---

[1] This stipulation does not include the 22 jurors, whose Special Jury Questionnaires were received on July, 20, 2026, as all counsel have been unable to meet and confer concerning those.

11. Juror 2

12. Juror 131

13. Juror 447

14. Juror 350

15. Juror 229

16. Juror 453

17. Juror 138

18. Juror 504

19. Juror 451

**WHEREFORE**, counsel for all parties respectfully requests the Court enter an order striking the aforementioned jurors for cause.

Respectfully submitted,
The Law Office of Ryan J. Villa

/s/ *Ryan J. Villa*
RYAN J. VILLA
5501 Eagle Rock Ave NE, Suite C2
Albuquerque, New Mexico 87113
Phone: (505) 639-5709
Fax: (505) 433-5812
ryan@rjvlawfirm.com

/s/ *Ahmad Assed*
AHMAD ASSED
818 5th Street NW
Albuquerque, NM 87102
(505) 246-8373
ahmad@assedlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/*Ryan J. Villa*
RYAN J. VILLA