## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                             No. 24-cr-0375-JB

SHERYL WILLIAMS STAPLETON,
and JOSEPH JOHNSON,

     Defendants.

### SUPPLEMENTAL STIPULATED PROPOSED CHALLENGES FOR CAUSE

Defendant Sheryl Stapleton, through counsel, Ahmad Assed and Ryan J. Villa, joined by Joseph Johnson, through counsel Marshall J. Ray and Nicole W. Moss, joined by the United States of America, through Frederick Mendenhall and Fred Federici, respectfully submits to the Court their Stipulated Proposed Challenges for Cause as follows[1]:

1. Juror 280

2. Juror 63

3. Juror 198

4. Juror 576

**WHEREFORE**, counsel for all parties respectfully requests the Court enter an order striking the aforementioned jurors for cause.

Respectfully submitted,
The Law Office of Ryan J. Villa

/s/ *Ryan J. Villa*
RYAN J. VILLA
5501 Eagle Rock Ave NE, Suite C2
Albuquerque, New Mexico 87113
Phone: (505) 639-5709

---

[1] This stipulation does not include the 4 jurors, whose Special Jury Questionnaires were received on July 24, 2026, as all counsel have been unable to meet and confer concerning those.

Fax: (505) 433-5812
ryan@rjvlawfirm.com

*/s/ Ahmad Assed*
AHMAD ASSED
818 5th Street NW
Albuquerque, NM 87102
(505) 246-8373
ahmad@assedlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/*Ryan J. Villa*
RYAN J. VILLA