UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cr. No. 24-CR-0375-JB |
| vs. | ) |
| | ) |
| SHERYL WILLIAMS STAPLETON, | ) |
| and JOSEPH JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES' FIRST AMENDED WITNESS LIST

The United States respectfully notifies the Court and counsel of its First amended witness list

for the trial of this matter. It does not waive its right to supplement this list.[1]

1. Apodaca, Rennette

2. Atencio, Michelle

3. Balint, Robert

4. Buhl, Greg

5. Boyle, Amanda

6. Chavez, Crystal

7. Cherry, Randall

8. Crants, Doctor

9. Dogruel, Sharon

10. Ennis, Sandra

11. Gillespie, Lanthia

12. Gonzales, Donald

13. Haney, Nick

14. Hyliger, Diana (Bookhart)

---

[1]This First Amended Witness list amends some typographical errors to witness names and adds Dr. Charles Becknell Jr. and an HR Representative from APS. A 302 documenting an interview with Dr. Becknell is located at US v. Stapleton et al.-00003944-49.

15. Howard, Jack

16. Jaramillo, Aaron

17. Jaschke, Michelle

18. Lawton, Michael

19. Manzanares, Abigail

20. Marcott, Gloria

21. Melendres, Arthur

22. Milazzo, Amelia

23. Nixon, Grant

24. Olden, LaSonya

25. Perea, Elaine

26. Vivian Quintana

27. Sabel, Gary

28. Sena, Mark

29. Simenson, Rebecca

30. Smith, N.D.

31. Tamayo, Luis

32. Trujillo, Aaron

33. Trujillo, Jacob

34. Valdez, Unna

35. Waters, Zerrie

36. Williams, Randolph

37. Dr. Charles Becknell Jr.

37. Representative from NM Secretary of State

38. Representative from NM Legislative Council and/or Capital Outlay Office

39. Various Custodians of Records associated with records identified on the United States' Exhibit List.

40. Human Resources representative from APS.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

RYAN ELLISON
First Assistant U.S. Attorney

*s/ Frederick Mendenhall*
FRED FEDERICI
FREDERICK MENDENHALL
Assistant U.S. Attorneys
201 Third Street NW, Ste. 900
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on July 25, 2026, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
Frederick T. Mendenhall
Assistant U.S. Attorney