IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                                               No. CR 24-0375 JB

SHERYL WILLIAMS STAPLETON, and
JOSEPH JOHNSON,

     Defendants.

## ORDER

**THIS MATTER** comes before the Court on Defendant Sheryl Williams Stapleton's oral request to present opening statements after Defendant Joseph Johnson presents his opening. See Clerk's Minutes at 1, filed July 21, 2026 (Doc. 139)("Clerk's Minutes"); Draft Hearing Transcript of Proceedings at 1 (taken July 21, 2026)(Court)("July, 2026, Tr.").[1] The primary issue is whether the Court will allow Stapleton to present her opening statement to the jury after Johnson's opening statement, where Stapleton asserts this order is necessary because of Johnson's potential antagonistic defenses. See July, 2026, Tr. at 33:13-34:6 (Villa). After considering Stapleton's and Johnson's positions, and for the reasons that the Court States at the hearing, the Court denies Stapleton's request. See July, 2026, Tr. at 35:8-11 (Court).

**IT IS ORDERED** that opening statements shall proceed as follows: (i) Plaintiff United States of America shall present its opening statement; (ii) if Defendant Sheryl Williams Stapleton wishes to present her opening statements at the beginning of the trial she shall present her opening statement immediately following the United States opening statement; and (iii) if Defendant Joseph Johnson wishes to present his opening statements at the beginning of the trial he shall

---

[1] The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

- 2 -

present his opening statement immediately following Stapleton's opening statement.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Todd Blanche
  Acting United States Attorney General
Ryan Ellison
  First Assistant United States Attorney
Fred J. Federici, III
Frederick T. Mendenhall, III
  Assistant United States Attorney
Albuquerque, New Mexico

*Attorneys for the Plaintiff*

Ryan J. Villa
The Law Office of Ryan J. Villa
Albuquerque, New Mexico

-- and --

Ahmad Assed
Law Office of Ahmad Assed
Albuquerque, New Mexico

*Attorneys for Defendant Sheryl Stapleton*

Nicole Moss
The Law Office of Nicole W. Moss, LLC
Albuquerque, New Mexico

-- and --

Marshall J. Ray
Law Offices of Marshall J. Ray
Albuquerque, New Mexico

*Attorneys for Defendant Joseph Johnson*