**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD, N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE: (505) 348-2280
FACSIMILE: (505) 348-2285



JAMES O. BROWNING
District Judge

July 27, 2026

**VIA CM/ECF**

Fred J. Federici, III
Frederick T. Mendenhall, III
United States Attorney's Office
201 Third St. NW
Suite 900
Albuquerque, New Mexico 87102

Ahmad Assed
Law Office of Ahmad Assed
818 5th St. NW
Albuquerque, New Mexico 87102

Ryan J. Villa
The Law Office of Ryan J. Villa
5501 Eagle Rock Ave. NW
Suite C2
Albuquerque, New Mexico 87113

Marshall J. Ray
Law Offices of Marshall J. Ray
514 Marble Ave. NW
Albuquerque, New Mexico 87102

Nicole Moss
The Law Office of Nicole W. Moss, LLC
514 Marble Ave. NW
Albuquerque, New Mexico 87102

Re: United States of America v. Stapleton, et al., No. CR 24-0375 JB

Dear Counsel of Record:

I want to bring one matter to your attention. I have, with my law clerks, reviewed the Judicial Code of Conduct and do not believe this matter requires me to recuse myself. I want, however, everyone to be fully informed about, and fully comfortable with, my participation in the case.

I reviewed on Wednesday of last week the United States witness list (Doc. 115) and saw that Arthur Melendres is listed as witness No. 21. I had Crystal Padilla call the United States to see if that is the Melendres who is the attorney with the Modrall firm in Albuquerque. The United

States confirmed that the witness is the Modrall lawyer. I have known Mr. Melendres for many years. I think I first met him when I interviewed him with Modrall in 1979. He has represented APS for many years and has appeared in front of me in those cases.

I do not believe that I have been in his home, or he in mine. I do not socialize with him except at bar and public fundraisers. I do not have a different relationship with Mr. Melendres than I have with the many other lawyers who appear before me.

I believe that I can be fair and impartial. I see no reason to recuse myself. If anyone objects, or has any questions, we can perhaps have a telephonic conference. Please call my Courtroom Deputy Clerk, Crystal Padilla (505-348-2289). I have instructed Ms. Padilla not to tell me who may call.

Sincerely,

James O. Browning
United States District Judge